**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6471**

_____

KEVIUNTAE HYTOWER,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03173-D)

_____

Submitted:  December 19, 2023                    Decided:  December 27, 2023

_____

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Keviuntae Hytower, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keviuntae Hytower appeals the district court's orders dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, and denying his motions to amend the complaint and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hytower v. United States*, No. 5:22-ct-03173-D (E.D.N.C. Sept. 6, 2022, Jan. 31, 2023, & Mar. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*